1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS    (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 NICOLE MOSS, an individual; and         )   CASE NO.  C 06 6356
   DISABILITY RIGHTS, ENFORCEMENT,         )
13 EDUCATION, SERVICES: HELPING            )
   YOU HELP OTHERS, a California public    )   RETURN OF SERVICE RE DEFENDANT
14 benefit corporation,                    )   AGLOS  LLC., a Delaware limited liability
                                           )   company
15         Plaintiffs,                     )
                                           )
16 v.                                      )
                                           )
17 MANILA BAY CUISINE; LAND MARK           )
   TOWNE CENTER, LLC., a Delaware          )
18 limited liability company; AGLOS, LLC., a)
   Delaware limited liability company;     )
19 DINKY, LLC., a Delaware limited liability)
   company; GF LIBERTY, LLC., a Delaware   )
20 limited liability company; CRIMSUN INC.,)
   a California corporation,               )
21                                         )
           Defendants.                     )
22 _____)

23
24
25
26
27
28

RETURN OF SERVICE RE DEFENDANTAGLOS LLC., a Delaware limited liability company

**CERTIFICATE OR PROOF OF SERVICE BY MAIL**

State of California       )
                          ) ss
County of San Francisco   )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANT AGLOS, LLC., a Delaware limited liability company**

**PLAINTIFF'S STATUS REPORT**

on the interested parties in this action, conveyed as follows:

☒  By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒  in first class U.S. Mail
    ☐  in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco.

addressed to:

| GF LIBERTY, LLC | Aglos LLC | Crimsun Inc. |
| Vincent Muzzi - Agent | Vincent Muzzi - Agent | Telmo B. Cristobal - Agent |
| 1818 Gilbreth Road, Ste. 200 | 1818 Gilbreth Road, Ste. 200 | 36 Barcelona Circle |
| Burlingame, CA 94010 | Burlingame, CA 94010 | Redwood City, CA 94065 |

| Dinky LLC | Landmark Towne Center LLC |
| Vincent Muzzi - Agent | Vincent Muzzi - Agent |
| 1818 Gilbreth Road, Ste. 200 | 1818 Gilbreth Road, Ste. 200 |
| Burlingame, CA 94010 | Burlingame, CA 94010 |

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on November 17, 2006 in San Francisco, California.

_____
Pepper B. Maupin
(Original signed)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415 674-8600   FAX No: 415 674-9900 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: NICOLE MOSS; ET. AL
Defendant: MANILA BAY CUISINE; ET. AL.

| PROOF OF SERVICE SUMMONS AND COMPLAIN | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 06 6356 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; DEMAND FOR JURY; LETTER; CIVIL COVER SHEET; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. 12181-89); ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER WAIVER OF SERVICE OF SUMMONS (BLANK), WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served: AGLOS, LLC
   b. Person served: M. HERMAN, AUTHORIZED TO ACCEPT

4. Address where the party was served: 1818 GILBRETH ROAD
   BURLINGAME, CA 94010

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on. Mon., Oct. 23, 2006 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AGLOS, LLC
   Other: LLC.

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALOIZIO COSTA
   d. The Fee for Service was:
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   e. I am (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2002-0000962
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Oct. 31, 2006

   (ALOIZIO COSTA)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUMMONS AND COMPLAINT

6315407 thofr-tf.37750

# FIRST LEGAL SUPPORT SERVICES 37541.37750

1511 BEVERLY BOULEVARD
LOS ANGELES CA 90026
Phone: (213) 250-1111, FAX: (213) 250-1197

6316407
B30 Middleton Greg                                              ASSIGNED TO: ALOIZIO COSTA

| Received: | 10/20/06 | Type of Service: Normal | Special: No |
|---|---|---|---|
| Client: | THOMAS E. FRANKOVICH, APLC | | |
| Attention: | /THOMAS E. FRANKOVICH - | | |
| Address 1: | 2806 VAN NESS AVE. | Fax: 415 674-9900 | Phone: 415 674-8600 |
| City, State Zip: | SAN FRANCISCO, CA 94109 | | Client ID: THOFR-TF |
| Plaintiff | NICOLE MOSS; ET. AL. | | |
| Defendant | MANILA BAY CUISINE; ET. AL. | | |
| Representing: | Plaintiff | Case Number: C 06 6356 | |
| Court: | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Hearing Date: | | Status: 10/25/06  Last Day to Serve: 11/21/06 Last Day to Sub: | |
| Serve Docs To: | AGLOS, LLC(37886) | | |
| Description: | Race:___, Sex:___, Age:___, Hair:___, Eyes:___, Height:___, Weight:___ | | |
| Addresses: | Business, 10/31/06 1818 GILBRETH ROAD BURLINGAME, CA 94010 | | |
| Documents: | See 2nd Page for Documents to be Served | | |

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

Manner:____
[A] Assigned to Affiliate       [O] Obtain Records From:        [R] Returned Not Served    [U] Posted At Residence
[C] Certified Mail              [P] Personal Service            [S] Substituted Service    [V] Posted at Business
[M] by mailing copies 1st class, po  [Q] by Posting and Mailing via Cert  [T] Posting CCP 704.770  [W] Warm Body CCP 1011

Date Served: ___/___/___       Time Served:(Military) _____       Served By: _____

Served At:____ [H]ome, [B]usiness, or [U]sual Place of Mailing ___ [X] For Changes Above in Address Boxs

(2.b.)Person Served_____       Witness Fees: $_____

Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____

Relationship_____(3.b.)By Leaving Copies With_____

Mailed From_____Mailed Date_____ Time_____

+
                                                                    37541.37750