**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

NICOLE MOSS, *et al.*,

        Plaintiffs,

v.

MANILA BAY CUISINE, *et al.*,

        Defendants.

No. C 06-6356 SBA

**ORDER TO SHOW CAUSE**

On October 11, 2007, the Court entered a scheduling order for cases asserting denial of the right of access under the Americans with Disabilities Act. *See* Docket No. 2. The scheduling order set forth various deadlines for, among other things, the parties to hold a joint inspection of the premises, to conduct a settlement conference, and for the plaintiffs to file a notice of need for mediation and to file a motion for administrative relief requesting a case management conference. The scheduling deadlines have all passed.

Accordingly, it is ORDERED that:

(1) Plaintiffs and/or Plaintiffs' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **September 12, 2007, at 4:00 P.M.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to comply with the Court's order and/or for failure to prosecute.

(2) At least ten days prior to the above hearing, Plaintiffs or Plaintiffs' counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to comply with the Court's order and/or failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this

order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

July 16, 2007                                    _____
                                                    Saundra Brown Armstrong
                                                    United States District Judge