UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 9/12/07

C-06-06356 SBA        JUDGE: SAUNDRA BROWN ARMSTRONG

Title:        NICOLE MOSS vs. MANILA BAY CUISINE

Atty.:   NO APPEARANCE            JESSICA GRANNIS

Deputy Clerk: Lisa R. Clark        Court Reporter: DIANE SKILLMAN

**PROCEEDINGS**

Plt   DFT
( )  ( ) 1.  ORDER TO SHOW CAUSE HEARING - HEARING
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted     ( ) Denied     ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**

Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS

Notes:   PLAINTIFF FAILED TO COMPLY WITH THE COURT'S ORDER; PLAINTIFF FAILED TO APPEAR; PLAINTIFF FAILED TO FILE A CERTIFICATE OF COUNSEL; COURT ORDERS THE CASE DISMISSED
cc: JON