**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

NICOLE MOSS, *et al.*,

    Plaintiffs,

  v.

MANILA BAY CUISINE, *et al.*,

    Defendants.

No. C 06-6356 SBA

**ORDER OF DISMISSAL**

On July 16, 2007, the Court entered an order directing the plaintiffs to show cause why this action should not be dismissed for failure to comply with the Court's scheduling orders and for failure to prosecute. *See* Docket No. 13. The order directed the plaintiffs to appear on September 12, 2007 and to file a Certificate of Counsel ten days before that date explaining why this case should not be dismissed. No appearance was made, nor any explanation filed. Accordingly, this action is dismissed pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to close the case file and any matters related to it.

IT IS SO ORDERED.

September 13, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge