1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900

6  Attorneys for Plaintiffs
   NICOLE MOSS
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>MANILA BAY CUISINE; LAND MARK TOWNE CENTER, LLC., a Delaware limited liability company; AGLOS, LLC., a Delaware limited liability company; DINKY, LLC., a Delaware limited liability company; GF LIBERTY, LLC., a Delaware limited liability company; CRIMSUN INC., a California corporation,<br><br>     Defendants. | **CASE NO. C 06-6356 SBA**<br><br>**NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT**<br><br>[Fed. R. Civ. P. 59(e)]<br><br>**Date:** October 30, 2007<br>**Time:** 1:00 PM<br>**Judge:** Hon. Saundra B. Armstrong<br>**Room:** Courtroom 3, 3rd Floor<br>**Location:** 1301 Clay Street, Oakland, California<br>**Telephone:** (510) 637-3541 |

NOTICE IS HEREBY GIVEN that on Tuesday, October 30, 2007, at 1:00 p.m., or as soon as the matter may be heard, in Courtroom #3, 1301 Clay Street, Oakland, California, plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS will move this Court to alter or amend its Order of Dismissal.

1  As grounds for this request, plaintiffs state there is a non-frivolous explanation for their
2  failure to comply with the Court's scheduling order and failure to prosecute.
3  This motion is based on this Notice of Motion and Motion, the Memorandum of Points
4  and Authorities filed herewith, the declaration of Maria V. Martinez, the pleadings and papers
5  on file herein, and upon such other matters as may be presented to the Court at the time of the
6  hearing.

7  Dated: September 20, 2007            THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*

9                                         By:   /s/ Thomas E. Frankovich
                                                Thomas E. Frankovich
10                                         Attorneys for Plaintiffs NICOLE MOSS and
                                           DISABILITY RIGHTS ENFORCEMENT,
11                                         EDUCATION SERVICES