1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MANILA BAY CUISINE; LAND MARK TOWNE CENTER, LLC., a Delaware limited liability company; AGLOS, LLC., a Delaware limited liability company; DINKY, LLC., a Delaware limited liability company; GF LIBERTY, LLC., a Delaware limited liability company; CRIMSUN INC., a California corporation,<br><br>    Defendants. | **CASE NO.  C 06-6356 SBA**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT**<br><br>[Fed. R. Civ. P. 59(e)]<br><br>**Date:**    October 30, 2007<br>**Time:**    1:00 PM<br>**Judge:**    Hon. Saundra B. Armstrong<br>**Room:**    Courtroom 3, 3rd Floor<br>**Location:**    301 Clay Street<br>    Oakland, California<br>**Telephone:**    (510) 637-3541 |

     Having reviewed Plaintiffs' motion and pleadings filed herein, the Court hereby rescinds the Order of Dismissal previously entered in this matter and returns the case to the Court's trial calendar.

///

///

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT

1 | The Court further orders that the matter immediately proceed to Court-sponsored mediation to be completed within ninety (90) days.

IT IS SO ORDERED.

Date: _____, 2007

_____
Saundra B. Armstrong
UNTIED STATES DISTRICT JUDGE