1 THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 2806 Van Ness Avenue
San Francisco, CA 94109
4 Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
NICOLE MOSS
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MANILA BAY CUISINE; LAND MARK TOWNE CENTER, LLC., a Delaware limited liability company; AGLOS, LLC., a Delaware limited liability company; DINKY, LLC., a Delaware limited liability company; GF LIBERTY, LLC., a Delaware limited liability company; CRIMSUN INC., a California corporation,<br><br>    Defendants. | **CASE NO.  C 06-6356 SBA**<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO ALTER OR AMEND JUDGMENT**<br><br>[Fed. R. Civ. P. 59(e)]<br><br>**Date:** December 18, 2007<br>**Time:** 1:00 PM<br>**Judge:** Hon. Saundra B. Armstrong<br>**Room:** Courtroom 3, 3rd Floor<br>**Location:** 1301 Clay Street, Oakland, California<br>**Telephone:** (510) 637-3541 |

Plaintiffs' counsel has been notified by Judge Armstrong's calendar clerk that the date noticed for plaintiffs' motion to alter or amend the judgment, October 30, 2007, is no longer available.

Accordingly, NOTICE IS HEREBY GIVEN that on *Tuesday, December 18, 2007*, at 1:00 p.m., or as soon as the matter may be heard, in Courtroom #3, 1301 Clay Street,

Oakland, California, plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS will move this Court to alter or amend its Order of Dismissal.

As grounds for this request, plaintiffs state there is a non-frivolous explanation for their failure to comply with the Court's scheduling order and failure to prosecute.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Maria V. Martinez, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: September 26, 2007

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES