EXHIBIT A

Steyer Lowenthal Boodrookas
    Alvarez & Smith LLP attorneys


January 24, 2007


*By Facsimile and U.S. Mail*: *415.674.9900*

Ms. Julia Adams
The Frankovich Group Lawyers
2806 Van Ness Avenue
San Francisco, CA 94109-1426

                Re:    Nicole Moss v. Manila Bay Cuisine
                       U.S. Northern District Court, Case No. C066356

Dear Ms. Adams:

        As you know, our firm represents Landmark Towne Center, LLC; Aglos, LLC; Dinky,
LLC and GF Liberty, LLC in the above-referenced matter. When I spoke with you last, in early
November, I expressed our desire to resolve this matter as expeditiously as possible. I left
several messages with your office on December 13 and 18; and January 9 and 17, to discuss
resolution and to comply with the Court's mandated deadlines. Unfortunately, you have not
responded to any of my calls.

        Since our last conversation, I have contacted the tenant Manila Bay Cuisine, and it is my
understanding that all the required repairs to the premises have been completed. Manila Bay
Cuisine is willing to provide you documentation of the repairs made. We have already missed
the January 19, 2007 deadline for completing a joint inspection of the premises. Please contact
my office at your earliest convenience so that we can arrange the requisite joint inspection,
discuss how to comply with the remaining Court deadlines and; hopefully, resolve this matter.
You can reach me on my direct line at (415) 743-2832.

        Thank you, in advance, for your attention to this matter.

Sincerely,

Jessica Grannis

S:\SHELTER\San Bruno Town Ctr\Moss\Correspondence\Counsel 012407.wpd


One California Street Third Floor      San Francisco California 94111      Tel 415 421 3400      Fax 415 421 2234

# FACSIMILE TRANSMITTAL

## Steyer Lowenthal Boodrookas Alvarez & Smith, LLP
One California Street, Suite 300
San Francisco, CA 94111

Phone: 415.421.3400                          Facsimile: 415.421.2234

Date: 2/25/07                                Pages (Including Cover Sheet): 2

To:                                          Fax Number:

Julia Adams                                  415-674-9900

Frankovich Group

From: Jessica Grannis

Re: Moss v. Manila Bay Cuisine

Message: see following Letter of today's date

Original to follow by mail? YES: ☒    NO: ☐

If problem with transmission, please call 415.421.3400 and ask for: Jessica

### CONFIDENTIALITY NOTICE:
The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of the telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us by telephone immediately to arrange for the return of the original documents to us.

STEYER.LOWENTHAL,LLP
\*\* Transmit Conf.Report \*\*

P.1                                                                                  Jan 25 2007   9:48
Line Number:1 STEYER.LOWENTHAL,LLP

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 14156749900 | NORMAL | 25, 9:48 | 0'57" | 2 | O K | |

# FACSIMILE TRANSMITTAL

## Steyer Lowenthal Boodrookas Alvarez & Smith, LLP

One California Street, Suite 300
San Francisco, CA 94111

Phone: 415.421.3400                                    Facsimile: 415.421.2234

Date: __2/25/07__                          Pages (Including Cover Sheet): __2__

To:                                         Fax Number:

__Julia Adams__                             __415-674-9900__

__Frankovich Group__

From: __Jessica Grannis__

Re: __Moss v. Manila Bay Cuisine__

Message:

__see following letter of today's date__

EXHIBIT B

# *Law Offices of Nathan Paco*

**Fox Mall, 2nd Level**
**1419 Burlingame Avenue**
**Burlingame, California 94010**

**Facsimile: (650) 343-7979**      email: **pacoslaw@pacbell.net**      **Telephone: (650) 343-1371**

---

# Facsimile Cover Sheet

**To:** Mr. Thomas E. Frankovich
**of:** Thomas E. Frankovich, A Professional Law Corp.
**Fax:** 1.415.674-9900
**Phone:** 1.415.674-8600
**From:** Nathan
**Pages:** 4
**Date:** 5.22.07

Dear Mr. Frankovich:

   Re: Moss v. Manila Bay Cuisine, et al. – Remediations

Following are the documents regarding the remediations to the subject property that was sent to you back in 2006. Apparently, it is not in your files.

I will be meeting you at the restaurant tomorrow at 11:00 a. m. Please call me if you have any questions.

Very truly yours,

Nathan Paco

cc:   Ms. Jessica Grannis (1.415.421-2234)
      Client

C:\OFF LINE DOCS - EMACHINE\Cristobol - fax- Frankovich re remediations.doc

To Mr. THOMAS E FRANKOVICH,
    THIS IS IN REGARD TO Ms NICOLE MOSS    CASE#
                                            C06-6356 SBA

I NEVER RECEIVE ANY LETTER FROM Ms. MOSS. I WAS
SURPRISE TO RECEIVE A SUMMONS AND COMPLAIN IN REGARD
TO PRESSURE ON THE MAIN DOOR ENTRANCE AND THE MISSING
HANDICAP HANDEL BAR AND P TRAP INSULATION COVER IN THE
BATH ROOM. THE LETTER PROBABLY WAS DELIVERED IN THE WRONG
ADDRESS. I will NEVER IGNORE SUCH COMPLAIN IT IS SO SIMPLE
TO DO., I DID FIXED THE BATH ROOM, AND THE DOOR I CALLED
R.& S ERECTION NORTH PENINSULA INC. TO SERVICE THE DOOR.
IF THERE IS ANYTHING ELSE YOU WANT HE TO DO PLEASE
                                CALL MY CELL PHONE AT
                                    650-576-5057

**LOWE'S**

LOWE'S HIW. INC.
1340 EL CAMINO REAL
SAN BRUNO, CA    94066
(650)616-7800
-SALE-
SALES #: S1019RR2 179956    11-11-06

I LEFT A MESSAGE TO YOUR
SECRETARY, FOR YOU TO CALL ME
ON MY CELL PHONE BUT I
GOT NO RESPONSE
Respectfully yours
Telmo S Cristobal
TELMO CRISTOBAL

INSTALLED
11/11/06

| | | |
|---|---|---|
| 116825 1.5"X 42" SS EXPOSED | 29.92 | > HANDEL BAR |
| 116811 1.5"X 36" SS EXPOSED | 26.93 | |
| 226274 SAFETY COVER FOR 1 P TRAP | 29.74 | |

SUBTOTAL:    86.59
TAX    38616 :    7.14
INVOICE 10162 TOTAL:    93.73

BALANCE DUE:    93.73
CASH :    100.00
CHANGE :    6.27

1019 TERMINAL: 10    11/11/06 09:50:10

# OF ITEMS PURCHASED:    3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

FROM :RS NPI                    FAX NO. :650-873-7702

## JOB TAG                                    № 42027

**R & S ERECTION NORTH PENINSULA, INC.**
133 SOUTH LINDEN AVE.
SOUTH SAN FRANCISCO, CA 94080
PHONE (650) 873-7701    FAX (650) 873-7702
CONT. LIC. NO. 708348

| | |
|---|---|
| P.O. No. | Date Ordered 11/8/06 |
| Order Taken By Noye | Date Promised |
| Work Ordered By Telmo | Crew Dvcd JEFF   Hours |

TO: Nanika Bay
ADDRESS: 1750 el Camino Real St. J
CITY: San Bruno
JOB SITE: same

WARRANTY / LABOR / MATERIAL
PHONE: 576-5057 cell
Person To Contact: Telmo

**WARRANTY CALLS WILL BE MADE DURING NORMAL WORKING HOURS OF 8:00 A.M. TO 4:30 P.M. MONDAY THRU FRIDAY**

SIZE, TYPE & LOCATION OF DOORS:
3 x 7' Aluminum And Glass Store Font

### JOB CODES
3060 - DOOR MFG     9519 - OPERATOR     6400 - GATES     3724 - DOCKS
6108 - OVERHEAD DOOR  6107 - PASS DOOR   3401 - GATE MFG  5636 - SHEET METAL

WORK DESCRIPTION:
Customer said door was hard to open. I checked closer and found no problems w/ door. The wind is only making the door a little hard. But nothing can be done to prevent that. I found nothing wrong w/ door.

DATE 4/2   CREWS IN 4/2   ARRIVE 950   DEPART 1020

1 3/4% SERVICE CHARGE PER MONTH AFTER 30 DAYS, DUE & PAYABLE UPON RECEIPT

MANILA BAY CUISINE CRIMSON INC.
1230 - J - El CAMINO REAL
SAN BRUNO, CALIF 94066



LOWE'S HIW, INC.
1340 EL CAMINO REAL
SAN BRUNO, CA    94066
(650)616-7800
-SALE-
SALES #: S1019RA2 179956        11-11-06

INSTALL
11/11/06

116825 1.5"X 42" SS EXPOSED          29.92   HANDEL BAR
116811 1.5"X 36" SS EXPOSED          26.93
228274 SAFETY COVER FOR 1 P TRAP     29.74

            SUBTOTAL:        86.59
        TAX    38816 :        7.14
INVOICE 10162  TOTAL:        93.73

        BALANCE DUE:        93.73

            CASH :         100.00
            CHANGE :          6.27

    1019 TERMINAL: 10  11/11/06 09:50:10

    # OF ITEMS PURCHASED:     3
    EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS