**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, | No. C 06-06356 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| MANILA BAY CUISINE, | |
| Defendant. / | |

YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the hearing on Plaintiff's Motion to Alter or Amend Judgment set for December 18, 2007, has been continued to February 12, 2008, at 1:00 p.m.

Dated: 11/26/07

FOR THE COURT,
Richard W. Wieking, Clerk

By _____
LISA R. CLARK
Courtroom Deputy

To: