1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  NICOLE MOSS
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  NICOLE MOSS, an individual; and          ) **CASE NO. C 06-6356 SBA**
    DISABILITY RIGHTS, ENFORCEMENT,          )
13  EDUCATION, SERVICES: HELPING             ) **DECLARATION OF THOMAS E.**
    YOU HELP OTHERS, a California public      ) **FRANKOVICH IN SUPPORT OF**
14  benefit corporation,                      ) **PLAINTIFFS' MOTION TO ALTER OR**
                                              ) **AMEND JUDGMENT**
15          Plaintiffs,                       )
                                              )
16  v.                                        )
                                              )
17  MANILA BAY CUISINE; LAND MARK             )
    TOWNE CENTER, LLC., a Delaware            )
18  limited liability company; AGLOS, LLC., a )
    Delaware limited liability company;        )
19  DINKY, LLC., a Delaware limited liability )
    company; GF LIBERTY, LLC., a Delaware     )
20  limited liability company; CRIMSUN INC.,  )
    a California corporation,                  )
21                                            )
            Defendants.                        )
22  _____ )

23

24          I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in

25  all the courts in the state of California and if called as a witness and duly sworn, I would and

26  could competently testify to the following based upon my own personal knowledge:

27          1.      On or about May 2007, the associate attorney, Julia M. Adams, who was

28                  handling this case left plaintiffs' counsel's firm.

**DECLARATION OF THOMAS E. FRANKOVICH**

1    2.    Prior to May 2007, Ms. Adams made several failed attempts to schedule a joint
2            site inspection with defendants.

3    3.    On March 6, 2007, Ms. Adams sent a letter to counsel for defendants proposing
4            dates to conduct a joint site inspection. Attached as Exhibit A is the March 6,
5            2007, letter.

6    4.    In that same letter, Ms. Adams requested verification of the modifications that
7            have been completed. She informed defendants that "[a]cceptable forms of
8            verification include photographs and/or diagrams along with a detailed
9            description of what has been modified." *See* Exhibit A attached hereto.

10    5.    On April 5, 2007, Ms. Adams wrote a letter confirming the joint site inspection
11            scheduled for April 26, 2007. Ms. Adams informed counsel for defendants that
12            she still had not received documentation from defendants regarding the
13            remediations. Attached as Exhibit B is the April 5, 2007, letter.

14    6.    On April 25, 2007, Ms. Adams sent a third letter confirming the cancellation of
15            the joint site inspection at the request of defense counsel and proposed a tentative
16            date of May 10, 2007. Ms. Adams made a third request for documentation
17            regarding the remediations. Attached as Exhibit C is the April 25, 2007, letter.

18    7.    On April 27, 2007, Ms. Adams sent a fourth letter confirming another scheduling
19            conflict with regards to the joint site inspection tentatively scheduled for May 10,
20            2007. Ms. Adams proposed an earlier time for the same day. Attached as Exhibit
21            D is the April 27, 2007, letter.

22    8.    After Ms. Adams left the firm, the matter was re-assigned to myself for day-to-day
23            case management, with my paralegal, Maria V. Martinez to assist me in the
24            monitoring and management of this matter.

25    9.    As Ms. Martinez stated in her Declaration filed in support of this motion, she also
26            had to reschedule the May 10, 2007, joint site inspection due to counsel for
27            defendants unavailability. *See* Martinez Dec. ¶¶4-5.

28

DECLARATION OF THOMAS E. FRANKOVICH                                                    Page 2 of 3

1       10.    Defendants allegation that "plaintiffs took absolutely no efforts to prosecute their

2               lawsuit . . . [d]espite repeated attempts by defendants to contact plaintiffs'

3               counsel," (Decl. Grannis, 1:11) is absolutely false as evidenced by the multiple

4               letters sent by Ms. Adams as referenced above.

5       I declare under penalty of perjury that the foregoing is true and correct. Executed on this

6    24th day of January, 2008, at San Francisco, California.

7

8                             By: ___/s/_____
                                    Thomas E. Frankovich

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF THOMAS E. FRANKOVICH**                                 Page 3 of 3

EXHIBIT A

*Manilla Bay conesp.*

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone. 415-674-8600 • Facsimile: 415-674-9900 • TDD: 415-441-6100

March 6, 2007

*Sent via facsimile to 415.421.2234*                    *Sent via facsimile to 650.343.7979*

Jessica C. Grannis                                      Nathan Paco
Steyer, Lowenthal, Boodrookas, Alvarez &                Law Offices of Nathan Paco
Smith LLP                                               1419 Burlingame Ave., 2nd Fl.
One California St., Third Floor                          Burlingame, CA 94010
San Francisco, CA 94111

        Re:    *Nicole Moss, et al. v. Manila Bay Cuisine, et al.*
               **USDC N.D. of CA, Case C06-6356 SBA**
               **Our Reference:     Manila Bay Cuisine**
               **Subject: Site inspection/barrier removal verification**

Dear Counsel:

        I am writing to propose dates for counsel to conduct a site inspection of the Manila Bay
Cuisine Restaurant as is required by the Court. Currently, our office can be available on April 2-
5, 23, 25, or the 26th. Please let me know which of these dates, if any, that you are available.
Once we have set a date for the site inspection, I will prepare and file a stipulation with the Court
requesting a continuance of the site inspection deadline.

        Additionally, Ms. Grannis informed me today that it was represented to her that the
necessary access modifications have already been made to the restaurant. If that is in fact the
case, plaintiffs will make a monetary demand to fully resolve this case immediately upon
receiving verification of the modifications that have been completed. Acceptable forms of
verification include photographs and/or diagrams along with a detailed description of what has
been modified. If you choose to provide diagrams, please note that they do not need to be to
scale.

        Please feel free to contact me should you have any questions or concerns regarding
anything I have raised in this letter.

                                        Very truly yours,

                                        Julia M. Adams

/jma

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

BROADCAST REPORT

```
TIME   : 03/06/2007 18:23
NAME   : THE FRANKOVICH GROUP
FAX    : 4156749900
TEL    : 4156748600
SER.#  : 000F4J282170
```

| PAGE(S) | 02 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 03/06 XXXXX | 18:22 XXXXX | 4212234 3437979 | 21 00 | 02 00 | OK CANCEL | ECM |

```
BUSY:  BUSY/NO RESPONSE
NG  :  POOR LINE CONDITION
CV  :  COVERPAGE
PC  :  PC-FAX
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 03/07/2007 12:09
NAME    : THE FRANKOVICH GROUP
FAX     : 4156749900
TEL     : 4156748600
SER.#   : 000F4J202170
```

| | |
|---|---|
| DATE,TIME | 03/07  12:08 |
| FAX NO./NAME | 16503437979 |
| DURATION | 00:00:45 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |

# THE FRANKOVICH GROUP*
# LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109 - 1426
Phone: 415.674.8600

## FACSIMILE TRANSMITTAL

DATE: 3/6/07

TO: Jessica Grands

TO: Nathan Paco

TO:

FROM: Julie Adams

TIME: 5:30

FAX: 421. 2234

FAX: 343. 7979

FAX:

FAX: 415.674.9900

# OF PAGES  2
(including cover)

RE: Moss v. Manilla Bay

SUBJECT:

COMMENTS:

EXHIBIT B

*Manila Bay Corresp.*

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile: 415-674-9900 • TDD: 415-441-6100

April 5, 2007

*Sent via facsimile to 415.421.2234*          *Sent via facsimile to 650.343.7979*

Jessica C. Grannis                              Nathan Paco
Steyer, Lowenthal, Boodrookas, Alvarez &        Law Offices of Nathan Paco
Smith LLP                                       1419 Burlingame Ave., 2nd Fl.
One California St., Third Floor                  Burlingame, CA 94010
San Francisco, CA 94111

> Re:  *Nicole Moss, et al. v. Manila Bay Cuisine, et al.*
>       **USDC N.D. of CA,  Case C06-6356 SBA**
>       **Our Reference:      Manila Bay Cuisine**
>       **Subject: Site inspection/barrier removal verification**

Dear Counsel:

I am writing to confirm that the parties have agreed to conduct a site inspection of the Manila Bay Cuisine Restaurant on April 26, 2007, at 11:00 a.m.  Please contact me immediately should you have any questions or concerns regarding the site inspection.

Additionally, I have not received any documentation as to the remediations that have already been completed to this point and/or are planned to be undertaken.  If such documentation is provided prior to the site inspection, I will prepare a monetary demand so that we may begin discussing a full resolution of this matter by the time the site inspection occurs.

Very truly yours,

Julia M. Adams

/jma

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

BROADCAST REPORT

```
TIME   : 04/05/2007 13:27
NAME   : THE FRANKOVICH GROUP
FAX    : 4156749900
TEL    : 4156748600
SER.# : 000F4J282170
```

| PAGE(S) | 02 |
|---------|-----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 04/05 | 13:26 | 4212234 | 20 | 02 | OK | ECM |
| 04/05 | 13:27 | 16503437979 | 22 | 02 | OK | ECM |

```
BUSY: BUSY/NO RESPONSE
NG   : POOR LINE CONDITION
CV   : COVERPAGE
PC   : PC-FAX
```

EXHIBIT C

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile. 415-674-9900 • TDD· 415-441-6100

April 25, 2007

*Sent via facsimile to 415.421.2234*          *Sent via facsimile to 650.343.7979*

Jessica C. Grannis                           Nathan Paco
Steyer, Lowenthal, Boodrookas, Alvarez &     Law Offices of Nathan Paco
Smith LLP                                    1419 Burlingame Ave., 2nd Fl.
One California St., Third Floor               Burlingame, CA 94010
San Francisco, CA 94111

> Re:   *Nicole Moss, et al. v. Manila Bay Cuisine, et al.*
>       **USDC N.D. of CA,  Case C06-6356 SBA**
>       **Our Reference:      Manila Bay Cuisine**
>       **Subject: Site inspection/barrier removal verification**

Dear Counsel:

I am writing to confirm that the site inspection for April 26, 2007, at 11:00 a.m. is off calendar. The inspection is tentatively rescheduled for May 10, 2007, at 11:00 a.m. subject to Ms. Grannis's availability.

Additionally, I still have not received any documentation of the remediations that have already been completed to date or are planned to be undertaken. Now that the inspection is being postponed, it would help to speed this matter along if documentation could be provided prior to the site inspection so that a monetary demand could be made in the interim.

Very truly yours,

Julia M. Adams

/jma

*Thomas E  Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco. CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

BROADCAST REPORT

TIME   : 04/25/2007 14:40
NAME   : THE FRANKOVICH GROUP
FAX    : 4156749900
TEL    : 4156748600
SER.#  : 000F4J292170

| PAGE(S) | 02 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|-------|-------|-------------------------|----------|---------|--------|---------|
| 04/25 | 14:38 | 4212234 | 20 | 02 | OK | ECM |
| 04/25 | 14:39 | 16503437979 | 22 | 02 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX

EXHIBIT D

*Manila Bay*
*corresp*

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile: 415-674-9900 • TDD. 415-441-6100

April 27, 2007

*Sent via facsimile to 415.421.2234*          *Sent via facsimile to 650.343.7979*

Jessica C. Grannis                            Nathan Paco
Steyer, Lowenthal, Boodrookas, Alvarez &      Law Offices of Nathan Paco
Smith LLP                                     1419 Burlingame Ave., 2nd Fl.
One California St., Third Floor                Burlingame, CA 94010
San Francisco, CA 94111

      Re:   ***Nicole Moss, et al. v. Manila Bay Cuisine, et al.***
            **USDC N.D. of CA,  Case C06-6356 SBA**
            **Our Reference:      Manila Bay Cuisine**
            **Subject: Site inspection/barrier removal verification**

Dear Counsel:

      Since my last correspondence, we have developed a scheduling conflict for the proposed
site inspection for May 10, 2007, at 11:00 a.m. that is tentatively scheduled.  We are still
available that day, however, the inspection would have to be moved to 9:00 a.m.

      Please contact me at your earliest convenience to discuss whether the change in time is
acceptable.  If not, we can review additional dates at that time.

                        Very truly yours,

                        Julia M. Adams

/jma

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS*

```
                    ┌─────────────────────────────────────┐
                    │ TRANSMISSION VERIFICATION REPORT      │
                    └─────────────────────────────────────┘

                                         TIME   : 04/27/2007 16:37
                                         NAME   : THE FRANKOVICH GROUP
                                         FAX    : 4156749900
                                         TEL    : 4156748600
                                         SER.#  : 000F4J282170
```

```
    DATE,TIME                  04/27  16:37
    FAX NO./NAME               16503437979
    DURATION                   00:00:18
    PAGE(S)                    02
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```

# THE FRANKOVICH GROUP*
# LAWYERS

---

### 2806 Van Ness Avenue - San Francisco, CA 94109 - 1426
### Phone: 415.674.8600

## FACSIMILE TRANSMITTAL

DATE: 4/27/07                    TIME: 4:40

TO: Jessica Brownis             FAX: 421.2234

TO: Nathan Pace                 FAX: 343.7979

TO: _____              FAX: _____

FROM: Julia Alms                FAX: 415.674.9900

# OF PAGES  2
(including cover)

RE: Moss v. Merila Bay

SUBJECT: _____

COMMENTS: _____

BROADCAST REPORT

TIME    : 04/27/2007 16:43
NAME    : THE FRANKOVICH GROUP
FAX     : 4156749900
TEL     : 4156748600
SER.#   : 000F4J2B2170

| PAGE(S) | B2 |
|---------|----|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|------|------|--------------|----------|---------|--------|---------|
| 04/27 | 16:35 | 4212234 | 17 | 02 | OK | ECM |
| 04/27 | 16:43 | 3437979 | 00 | 00 | BUSY | |

BUSY: BUSY/NO RESPONSE
NG   : POOR LINE CONDITION
CV   : COVERPAGE
PC   : PC-FAX