UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 2/12/08

C-06-06356 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:**   NICOLE MOSS vs. MANILA BAY CUISINE
**Atty.:**   THOMAS FRANKOVICH            BENJAMIN EHRBART

**Deputy Clerk:** Lisa R. Clark            **Court Reporter:** STARR WILSON
**PROCEEDINGS**
Plt   DFT
(X)  ( ) 1. MOTION TO ALTER OR AMEND JUDGMENT
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( 1 ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( ) Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 3/5/08 for a Telephone Case Management Conference at 2:45 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT 5 DAYS IN ADVANCE OF THE NEXT CASE MANAGEMENT CONFERENCE

_____ cc: