UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

NICOLE MOSS, *et al.*,

    Plaintiffs,

v.

MANILA BAY CUISINE, *et al.*,

    Defendants.

No. C 06-6356 SBA

**ORDER**

[Docket No. 16]

    Before the Court is a Memorandum in Support and Motion to Alter or Amend Judgment [Docket No. 16] filed by plaintiffs Nicole Moss and Disability Rights, Enforcement, Education, Services: Helping You Help Others. After reading and considering the papers presented, and the argument of counsel at the hearing hereon, held on February 12, 2008, the Court rules as follows.

    The Court GRANTS the motion, as stated on the record, and makes the following additional orders:

    (1)    The Court's Order of September 13, 2007 [Docket No. 15] dismissing this matter is VACATED. This matter is RE-OPENED as of February 12, 2008; and,

    (2)    A Case Management Conference is scheduled for March 5, 2008 at 2:45 P.M. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties, **including Nathan Paco**, shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

February 12, 2008

                                                                              Saundra Brown Armstrong
United States District Judge