Jeffrey H. Lowenthal (SBN: 111763)
Edward Egan Smith (SBN: 169792)
Benjamin R. Ehrhart (SBN: 240770)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendants
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC and; GF Liberty, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MANILA BAY CUISINE; LANDMARK TOWNE CENTER, LLC, a Delaware limited liability company; AGLOS, LLC, a Delaware limited liability company; DINKY, LLC, a Delaware limited liability company; GF LIBERTY, LLC, a Delaware limited liability company; CRIMSUN, INC., a California corporation,<br><br>Defendants. | CASE NO. C06-6356<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR E-FILING NOTIFICATION** |

NOTICE OF SUBSTITUTION OF COUNSEL FOR E-FILING NOTIFICATION
Case No. C 06-6356

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the following counsel from the law firm Steyer Lowenthal Boodrookas Alvarez & Smith LLP will be substituted in the above matter in place of Edward E. Smith:

Benjamin R. Ehrhart             behehrhart@steyerlaw.com

Dated: February 13, 2008                Respectfully submitted,

*/s/ Benjamin R. Ehrhart*
Benjamin R. Ehrhart
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC and; GF Liberty, LLC

Dated: February 13, 2008

*/s/ Edward E. Smith*
Edward E. Smith
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234