1  Jeffrey H. Lowenthal (SBN: 111763)
   Edward Egan Smith (SBN: 169792)
2  Benjamin R. Ehrhart (SBN: 241483)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Defendants
   Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 NICOLE MOSS, an individual; and          )  CASE NO. C06-6356
   DISABILITY RIGHTS,                       )
14 ENFORCEMENT, EDUCATION,                  )
   SERVICES: HELPING YOU HELP               )  DEFENDANTS' APPLICATION
15 OTHERS, a California public benefit      )  FOR ATTORNEYS FEES AND
   corporation                              )  COSTS FOR OPPOSING
                                            )  PLAINTIFF MOSS'S MOTION TO
16         Plaintiffs,                      )  ALTER OR AMEND JUDGMENT;
                                            )  AND SUPPORTING
17 vs.                                      )  DECLARATION OF BENJAMIN R.
                                            )  EHRHART
18 MANILA BAY CUISINE;                      )
   LANDMARK TOWNE CENTER,                   )
19 LLC, a Delaware limited liability        )
   company; AGLOS, LLC, a Delaware          )
20 limited liability company; DINKY,        )
   LLC, a Delaware limited liability        )
21 company; GF LIBERTY, LLC, a              )
   Delaware limited liability company;     )
22 CRIMSUN, INC., a California              )
   corporation,                             )
23                                          )
           Defendants.                      )
24 _____

25

26

27

28 _____
   DEFENDANTS' APPLICATION FOR ATTORNEYS FEES AND COSTS FOR OPPOSING PLAINTIFF
   MOSS'S MOTION TO ALTER OR AMEND JUDGMENT; AND SUPPORTING DECLARATION OF
   BENJAMIN R. EHRHART
   Case No. C 06-6356

Pursuant to the Court's February 12, 2008, Order vacating the Court's previous September 13, 2007 Order dismissing the above-entitled defendants Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC's ("Defendants") hereby submit this appliction and the attached declaration in support of this request for $2,792.16 in attorney's fees and costs incurred in opposing the Plaintiff Moss's Motion to Alter or Amend Judgment.

Dated: February 19, 2008                    Respectfully submitted,

*/s/ Benjamin R. Ehrhart*
Benjamin R. Ehrhart
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC

---

DEFENDANTS' APPLICATION FOR ATTORNEYS FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT; AND SUPPORTING DECLARATION OF BENJAMIN R. EHRHART
Case No. C 06-6356

## DECLARATION OF BENJAMIN R. EHRHART

I, Benjamin R. Ehrhart, declare:

1. I am an attorney licensed to practice in the State of California and am an associate at the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, attorneys of record for Defendants Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC ("Defendants"). I know all of the facts and if called and sworn as a witness, I could and would competently testify to the same.

2. Attached hereto as Exhibit 1 is a true and correct copy of the firm's billing records to Plaintiff for legal services rendered in the above-entitled matter for opposing Plaintiff Moss's Motion to Alter or Amend Judgment. Defendants do not intend by submitting these invoices to waive any attorney-client privilege or work product protections.

3. Steyer Lowenthal is a well established and highly regarded firm specializing in, among other areas, commercial and real estate litigation. I am an associate with the firm and I am the attorney primarily responsible for much of the work in this case. Jeffrey H. Lowenthal is a founding partner of the firm and has over 20 years of complex commercial and real estate litigation experience in the San Francisco Bay Area. Jessica Grannis and I have over 2 years of experience in, among other things, general commercial and real estate litigation. Mr. Lowenthal was the billing partner on this case and supervised all of the work reflected in invoices attached as Exhibit 1.

4. Partner Jeffrey H. Lowenthal's (JHL) hourly rate for this matter is $395; Associate Jessica Grannis's (JCG) hourly rate for this matter is $210; and Associate Benjamin Ehrhart's (BRE) hourly rate for this matter is $210. These rates are reasonable, and the fees set forth in Exhibit 1 were reasonably incurred in opposing said motion. In my experience are quite reasonable and well within the range of fees charged by comparably experienced litigators in San Francisco.

5. Attorneys fees in opposing said motion are in the amount of $3,767.50 (17 hours at $210 per hour and .50 hours at $395). Defendants also incurred $74.66 in costs

---

DEFENDANTS' APPLICATION FOR ATTORNEYS FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT; AND SUPPORTING DECLARATION OF BENJAMIN R. EHRHART
Case No. C 06-6356

($59.36 delivery costs, $3.60 copying costs and $11.70 in research costs). The total cost in opposing said motion is $3,842.16.

6. Jessica Grannis, the associated originally handling the above referenced matter left Steyer Lowenthal Boodrookas Alvarez & Smith, LLP in December 2007. In January 2008 I was hired as an associate and began handling matters formerly assigned to Ms. Grannis. As a result of this transition, I spent more time in reviewing the file and preparing for the Motion to Amend or Alter Judgment than Ms. Grannis would have in the normal course of practice. In recognition of the additional time I spent on this matter, the firm has reduced time billed to prepare for the hearing by $1050.00 ( representing 5 hours of my time billed at $210 per hour).

7. Defendants will incur a bill in fees and costs in the amount of $2,792.16.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 19th day of February 2008, at San Francisco, California.

_____
Benjamin R. Ehrhart

DEFENDANTS' APPLICATION FOR ATTORNEYS FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT; AND SUPPORTING DECLARATION OF BENJAMIN R. EHRHART
Case No. C 06-6356

2/15/2008
5:05 PM

**Steyer Lowenthal Boodrookas Alvarez & Smith LLP attorneys**
**ATTORNEY HOURS - SHELTER.SANBRUNO-MOSS**

Page    1

| Totals for | Billable Time Spent | Billable Slip Value | Unbillable Time Spent | Unbillable Slip Value |
|---|---:|---:|---:|---:|
| BRE | 8.75 | $1,837.50 | 0.00 | $0.00 |
| JCG | 8.25 | $1,732.50 | 0.00 | $0.00 |
| JHL | 0.50 | $197.50 | 0.00 | $0.00 |
| Grand Total | 17.50 | $3,767.50 | 0.00 | $0.00 |

Case 3:06-cv-06356-JL    Document 29    Filed 02/19/2008    Page 5 of 8

Exhibit 1 - [

| | | | | | |
|---|---|---|---|---|---|
| 2/15/2008 | | Steyer Lowenthal Boodrookas Alvarez & Smith LLP attorneys | | | |
| 5:04 PM | | Slip Listing | | Page 1 | |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Services<br>Client | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Client: SHELTER.SANBRUNO-MOSS | | | | | |
| 180345<br>11/12/2007<br>Billed | TIME<br>G:33656 | JCG<br>PRE<br>12/10/2007 SHELTER.SANBRUNO | 2.50<br>0.00<br><br>0.00 | 210.00<br>T@6 | 525.00 |
| PREPARE OPPOSITION MOTION TO VACATE. | | | | | |
| 180356<br>11/13/2007<br>Billed | TIME<br>G:33656 | JCG<br>PRE<br>12/10/2007 SHELTER.SANBRUNO | 4.00<br>0.00<br><br>0.00 | 210.00<br>T@6 | 840.00 |
| PREPARE OPPOSITION TO PLAINTIFF'S MOTION TO VACATE DISMISSAL. | | | | | |
| 179953<br>11/14/2007<br>Billed | TIME<br>G:33656 | JHL<br>PRE<br>12/10/2007 SHELTER.SANBRUNO | 0.50<br>0.00<br><br>0.00 | 395.00<br>T@6 | 197.50 |
| PREPARE - OPPOSITION TO MOTION FOR RELIEF. | | | | | |
| 180460<br>11/21/2007<br>Billed | TIME<br>G:33656 | JCG<br>REVISE<br>12/10/2007 SHELTER.SANBRUNO | 1.50<br>0.00<br><br>0.00 | 210.00<br>T@6 | 315.00 |
| REVISE AND E-FILE OPPOSITION OF MOTION TO DISMISS. | | | | | |
| 180466<br>11/28/2007<br>Billed | TIME<br>G:33656 | JCG<br>REVIEW<br>12/10/2007 SHELTER.SANBRUNO | 0.25<br>0.00<br><br>0.00 | 210.00<br>T@6 | 52.50 |
| REVIEW CLERK'S NOTICE; RE-CALENDAR CONTINUED HEARING. | | | | | |
| 184651<br>1/25/2008<br>WIP | TIME | BRE<br>OTHER<br>SHELTER.SANBRUNO | 1.00<br>0.00<br><br>0.00 | 210.00<br>T@6 | 210.00 |
| RECEIVE AND REVIEW REPLY TO OUR OPPOSITION TO AMEND JUDGMENT; REVIEW FILE IN PREPARATION FOR FEBRUARY 12, 2008 HEARING. | | | | | |
| 185856<br>2/11/2008<br>WIP | TIME | BRE<br>REVIEW<br>SHELTER.SANBRUNO | 3.00<br>0.00<br><br>0.00 | 210.00<br>T@6 | 630.00 |
| REVIEW FILE, COMPLAINT, CORRESPONDENCE; REVIEW MOTION TO ALTER JUDGMENT PAPERS; RESEARCH LAW ON NON-FRIVOLOUS REASON AND PREJUDICE. | | | | | |
| 185857<br>2/12/2008<br>WIP | TIME | BRE<br>OTHER<br>SHELTER.SANBRUNO | 4.75<br>0.00<br><br>0.00 | 210.00<br>T@6 | 997.50 |

(1-2)

| 2/15/2008<br>5:04 PM | Steyer Lowenthal Boodrookas Alvarez & Smith LLP attorneys<br>Slip Listing | | | Page  2 |
|---|---|---|---|---|
| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Services<br>Client | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| TRAVEL TO AND FROM MANILA BAY ATTORNEY; ATTEND MOTION TO VACATE; PREPARE FOR MOTION TO VACATE; TELEPHONE - CO-COUNSEL. | | | | |

Total: SHELTER.SANBRUNO-MOSS

| | Billable | 17.50 | | 3767.50 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 17.50 | | 3767.50 |

Grand Total

| | Billable | 17.50 | | 3767.50 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 17.50 | | 3767.50 |

(1-3)

| 2/14/2008 | Steyer Lowenthal Boodrookas Alvarez & Smith LLP attorneys | |
|---|---|---|
| 4:30 PM | Slip Listing | Page 1 |

|  | Selection Criteria |
|---|---|
| Slip.Transaction Dat | 11/1/2007 - 2/14/2008 |
| Slip.Classification | Open |
| Clie.Selection | Include: SHELTER.SANBRUNO-MOSS |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Services<br>Client | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 181580<br>11/26/2007<br>Billed | EXP<br>G:33903 | 1/14/2008 | OTHER COSTS<br>$MESSENGER<br>SHELTER.SANBRUNO- | 1 | 59.36 | 59.36 |
| ONE HOUR DELIVERY SERVICE, INC.: FILING IN UNITED STATES DISTRICT COURT. | | | | | | |
| 181884<br>11/30/2007<br>Billed | EXP<br>G:33903 | 1/14/2008 | OTHER COSTS<br>$COPYING<br>SHELTER.SANBRUNO- | 18 | 0.20 | 3.60 |
| NOVEMBER 2007 COPYING COSTS. | | | | | | |
| 182276<br>11/30/2007<br>Billed | EXP<br>G:33903 | 1/14/2008 | OTHER COSTS<br>$WESTLAW<br>SHELTER.SANBRUNO- | 1 | 9.70 | 9.70 |
| WESTLAW: ON-LINE RESEARCH CHARGES FOR NOVEMBER 2007. | | | | | | |
| 184074<br>1/7/2008<br>WIP | EXP | | OTHER COSTS<br>$WESTLAW<br>SHELTER.SANBRUNO- | 1 | 2.00 | 2.00 |
| PACER SERVICE CENTER: COURT DOCUMENT RESEARCH OCTOBER THROUGH DECEMBER 2007. | | | | | | |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 0.00 | | 74.66 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 74.66 |