Jeffrey H. Lowenthal (SBN: 111763)
Edward Egan Smith (SBN: 169792)
Benjamin R. Ehrhart (SBN: 241483)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendants
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MANILA BAY CUISINE; LANDMARK TOWNE CENTER, LLC, a Delaware limited liability company; AGLOS, LLC, a Delaware limited liability company; DINKY, LLC, a Delaware limited liability company; GF LIBERTY, LLC, a Delaware limited liability company; CRIMSUN, INC., a California corporation,<br><br>Defendants. | CASE NO. C06-6356<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ATTORNEY'S FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ATTORNEY'S FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT
Case No. C 06-6356

1
2
3
4
5
6
7
8
9

     IT IS HEREBY ORDERED that Defendants Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC and; GF Liberty, LLC ("Defendants") Application for Attorneys Fees and Costs for Opposing Plaintiff Moss's Motion to Alter or Amend Judgment is GRANTED. Defendants are hereby awarded $2,792.16 in reasonable attorney fees and costs incurred. This Order awarding attorneys fees and costs is hereby incorporated into and made part of the February 12, 2008, Order re-opening the above-entitled matter. Said fees shall be paid by Plaintiff's counsel within 5 days of the date of this ORDER.

10
11
12

Dated: February ___, 2008

                                                        Saundra Brown Armstrong
                                                        United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ATTORNEY'S FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT
Case No. C 06-6356