1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   NICOLE MOSS
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  NICOLE MOSS, an individual; and          )   **CASE NO.  C 06-6356 SBA**
    DISABILITY RIGHTS, ENFORCEMENT, )
12  EDUCATION, SERVICES: HELPING     )        **DECLARATION OF THOMAS E.**
    YOU HELP OTHERS, a California public )    **FRANKOVICH IN OPPOSITION TO**
13  benefit corporation,                     )   **DEFENDANTS' REQUEST FOR**
                                             )   **ATTORNEYS FEES**
14         Plaintiffs,                       )
                                             )
15  v.                                       )
                                             )
16  MANILA BAY CUISINE; LAND MARK )
    TOWNE CENTER, LLC., a Delaware )
17  limited liability company; AGLOS, LLC., a )
    Delaware limited liability company;      )
18  DINKY, LLC.,  a Delaware limited liability )
    company; GF LIBERTY, LLC., a Delaware )
19  limited liability company; CRIMSUN INC., )
    a California corporation,                )
20                                           )
           Defendants.                       )
21  _____ )

22         I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in

23  all the courts in the state of California and if called as a witness and duly sworn, I would and

24  could competently testify to the following based upon my own personal knowledge:

25  ///

26  ///

27  ///

28  ///

**DECLARATION OF THOMAS E. FRANKOVICH**

That the request of defendants for attorneys fees in the sum of $2,792.16 is high and should be significantly reduced for the following reasons:

1. The attorneys "block billed." Nothing was broken down in 1/10 of an hour or 6 minute increments. There is only one entry for fifteen (15) minutes. Most entries were for 2 ½ hours to 4.75 hours.

2. Our office bills on 1/10 of an hour and our total time to make the motion and reply was 9.5 hours.

3. It's impossible to determine the tasks because almost everything is billed on preparing Opposition to Defendants' Motion to Vacate. It's not broken down to research, what was researched, cases relied upon, drafting, editing and finalizing.

4. The billing rate for attorneys with only two years of limited experience should be $175.

5. The Opposition as written was simple at best. There was nothing complex about it yet Attorney Grannis spent 8.5 hours. Based upon a review of the Opposition, Attorney Grannis' time should be reduced to 5 hours. Attorney Ehrhart spent 8.75 hours although he reduced his time to 3.75 hours. His time to read the Opposition etc. should be reduced to 2 hours.

///
///
///
///
///
///
///
///
///
///
///

**DECLARATION OF THOMAS E. FRANKOVICH**                                                    Page 2 of  3

1   THEREFORE, I submit the proper billable hours for the following attorneys should be:

2       Grannis          5 hrs.   @   $175/hr   =   $875.00

3       Ehrhart          2 hrs.   @   $175/hr   =   $350.00

4       Lowenthal        .5 hrs.  @   $400/hr   =   $200.00

5                                                     $1,425.00

6                                      (Plus Costs)   $75.00

7                                        **TOTAL:**   **$1,500.00**

8

9       I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

10  20th day of February, 2008, at San Francisco, California.

11

12              By:  _____/s/_____

13                      Thomas E. Frankovich

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28