Jeffrey H. Lowenthal (SBN: 111763)
Edward Egan Smith (SBN: 169792)
Benjamin R. Ehrhart (SBN: 241483)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendants
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation<br><br>    Plaintiffs,<br><br>vs.<br><br>MANILA BAY CUISINE; LANDMARK TOWNE CENTER, LLC, a Delaware limited liability company; AGLOS, LLC, a Delaware limited liability company; DINKY, LLC, a Delaware limited liability company; GF LIBERTY, LLC, a Delaware limited liability company; CRIMSUN, INC., a California corporation,<br><br>    Defendants. | CASE NO. C06-6356<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' APPLICATION FOR ATTORNEYS FEES AND COSTS FOR OPPOSING PLAINTIFF MOSS'S MOTION TO ALTER OR AMEND JUDGMENT** |

TO THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE THAT counsel for defendants Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC hereby withdraw their application for attorney fees and costs for opposing plaintiff Moss's Motion to Alter or Amend Judgment, filed on February 19, 2008.

Dated: April 30, 2008                  Respectfully submitted,

*/s/ Benjamin R. Ehrhart*
Benjamin R. Ehrhart
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant
Landmark Towne Center, LLC; Aglos, LLC; Dinky, LLC; and GF Liberty, LLC