## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                    FTR 11:05-11:09
Date: **April 30, 2008**

Case No: **C06-6356 JL**

Case Name: **Nicole Moss, et al v. Manila Bay Cuisine, et al**

Plaintiff  Attorney(s):Tom Frankovich
Defendant Attorney(s):Nathan Paco for manila Bay; Benjamin Ehrhart for Landmark, et al

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                          **RULING:**
1.
2.
3.
4.
[X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Referredto ADR for mediation.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 6-25-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
       [ ] Jury  [ ]  Court

Notes:


cc: Venice, Kathleen, ADR