IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Nicole Moss, et al
     Plaintiff(s),

v.

Alameda Bay Cuisine, et al
     Defendant(s).

No.: C- 06 6356 JL

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____   _____
Attorney for Plaintiff        Attorney for Defendant

Dated: 4/30/08