# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Moss,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Disability Rights, Enforcement Education, Services,<br><br>            Defendant(s). | 06-06356 JL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Daniel Bowling**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-2022
> Daniel_Bowling@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
06-06356 JL MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 14, 2008

>
> RICHARD W. WIEKING
> Clerk
> by:     Alice M. Fiel
>
> _____
> ADR Case Administrator
> 415-522-3148
> Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
06-06356 JL MED                         - 2 -