1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   NICOLE MOSS
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>MANILA BAY CUISINE; LAND MARK TOWNE CENTER, LLC., a Delaware limited liability company; AGLOS, LLC., a Delaware limited liability company; DINKY, LLC., a Delaware limited liability company; GF LIBERTY, LLC., a Delaware limited liability company; CRIMSUN INC., a California corporation,<br><br>　　Defendants. | **CASE NO.  C 06-6356 JL**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendants MANILA BAY CUISINE; LAND MARK TOWNE CENTER, LLC., a Delaware limited liability company; AGLOS, LLC., a Delaware limited liability company; DINKY, LLC.,  a Delaware limited liability company; GF LIBERTY, LLC., a Delaware limited liability company; CRIMSUN INC., a California corporation , through its  undersigned counsel, respectfully request and stipulate as follows:

1. On April 30, 2008, the Court referred this matter to court-sponsored mediation and set a Further Case Management Conference for June 25, 2008.

3. On June 4, 2008, the parties participated in a pre-mediation teleconference with mediator Daniel Bowling.

4. The parties are in the process of selecting a mutually agreed upon date for the mediation.

5. In light of these facts, the parties wish to preserve the courts resources by avoiding an unproductive Case Management Conference.

6. For the aforementioned reasons, the parties hereby stipulate to, and respectfully request that the Further Case Management Conference from June 25, 2008, be vacated and continued for (90) days to allow the parties to exhaust settlement and mediation efforts.

7. The foregoing is in the best interests of the parties.

Dated: June 24, 2008    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
　　Thomas E. Frankovich
Attorneys for Plaintiffs NICOLE MOSS and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

Dated: June 24, 2008    STEYER, LOWENTHAL, BOODROOKAS,
ALVAREZ & SMITH LLP

By: _____/s/_____
　　Benjamin R. Ehrhart
Attorneys for Defendants LAND MARK TOWNE
CENTER, LLC., a Delaware limited liability
company; AGLOS, LLC., a Delaware limited
liability company; DINKY, LLC., a Delaware
limited liability company; GF LIBERTY, LLC., a
Delaware limited liability company

///

Dated: June 24, 2008	LAW OFFICES OF NATHAN PACO
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
    Nathan Paco
Attorneys for CRIMSUN INC., a California corporation

## **ORDER**

IT IS SO ORDERED that the Case Management Conference set for June 25, 2008, is continued to _____, 2008, at 10:30 a.m.  The parties shall file a Joint Case Management Statement no later than seven days prior to the Conference.

Date: _____, 2008

_____
James Larson
UNITED STATES MAGISTRATE JUDGE