| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone: 415/674-8600<br>Facsimile: 415/674-9900 |
| 5 | Attorneys for Plaintiffs |
| 6 | NICOLE MOSS<br>and DISABILITY RIGHTS, |
| 7 | ENFORCEMENT, EDUCATION,<br>SERVICES: HELPING YOU |
| 8 | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE MOSS, an individual; and ) **CASE NO. CV-06-6356-JL**
DISABILITY RIGHTS, ENFORCEMENT, )
EDUCATION, SERVICES: HELPING )
YOU HELP OTHERS, a California public ) **NOTICE OF SETTLEMENT**
benefit corporation, )
)
      Plaintiffs, )
)
v. )
)
MANILA BAY CUISINE; LAND MARK )
TOWNE CENTER, LLC., a Delaware )
limited liability company; AGLOS, LLC., a )
Delaware limited liability company; )
DINKY, LLC., a Delaware limited liability )
company; GF LIBERTY, LLC., a Delaware )
limited liability company; and CRIMSUN )
INC., a California corporation, )
)
      Defendants. )
_____)

**TO THE COURT AND ALL PARTIES OF INTEREST:**

    Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein.

///

///

///

NOTICE OF SETTLEMENT

1  The parties respectfully request that all matters currently on calendar be vacated. Dismissal
2  documents will be filed with the Court no later than sixty (60) days.
3
4  Dated: October 6, 2008                           THOMAS E. FRANKOVICH,
                                                    *A PROFESSIONAL LAW CORPORATION*
5
6                                                   By:  _____/S/_____
                                                         Thomas E. Frankovich
7                                                   Attorneys for NICOLE MOSS and
                                                    DISABILITY RIGHTS ENFORCEMENT,
8                                                   EDUCATION SERVICES: HELPING YOU
                                                    HELP OTHERS
9
10
11
12
13 Date:  October 7, 2008
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson]

NOTICE OF SETTLEMENT                                                                   -2-